1  GONZALEZ & LEIGH, LLP
   MATT GONZALEZ - #153486
2  G. WHITNEY LEIGH - #153457
   BRYAN VERESCHAGIN - #188608
3  JUAN ENRIQUE PEARCE - #236228
   Two Shaw Alley, 3rd Floor
4  San Francisco, CA  94105
   Telephone:    (415) 512-2000
5  Facsimile:    (415) 512-2001

6  Attorneys for Plaintiff
   CHRISTINA SANCHEZ
7

8  RICHARD DOYLE, Chief Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
9  MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
   Office of the City Attorney
10 200 East Santa Clara Street
   San Jose, California 95113-1905
11 Telephone: (408) 535-1900
   Facsimile: (408) 998-3131
12

13 Attorneys for Defendants: CITY OF SAN JOSE
   AND ROBERT DAVIS
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                          SAN JOSE DIVISION

18
   CHRISTINA SANCHEZ, an individual,         Case No. C06-06331 JW
19
                   Plaintiff,
20                                            JOINT STIPULATION AND
           v.                                 [PROPOSED] ORDER TO CONTINUE
21                                            CASE MANAGEMENT CONFERENCE
   CITY OF SAN JOSE; SAN JOSE POLICE
22 DEPARTMENT; ROBERT DAVIS in his
   capacity as CHIEF OF POLICE OF THE SAN     Date:      January 22, 2007
23 JOSE POLICE DEPARTMENT; and DOES 1         Time:      9:00 a.m.
   THROUGH 75, individually and in their      Courtroom: 8, 4th Floor
24 official capacities as employees of the CITY  Judge:   Honorable James Ware
   OF SAN JOSE and the SAN JOSE POLICE
25 DEPARTMENT; and DOES 76-100
   individually, inclusive,
26
27                 Defendants.

28

                                      1

The parties to the above-entitled action submit this joint stipulation to continue the case management conference in this matter, which is presently scheduled for January 22, 2007, because plaintiff's lead trial counsel in this matter has a summary judgment hearing in another case scheduled for 1:30 p.m. on January 22, 2007, in the United States District Court for the Eastern Division of California. Given the timing and location of the summary judgment hearing, plaintiff's counsel cannot attend both it and the case management conference. In light of the conflict, defendants have agreed to continue the case management conference in this matter. Plaintiff and defendants propose continuing the case management conference in the referenced matter to January 29, 2007 at 9:00 a.m.

SO STIPULATED:

Dated: January 12, 2007                          GONZALEZ & LEIGH, LLP

                                                 By _____
                                                    BRYAN W. VERESCHAGIN
                                                    Attorneys for Plaintiff
                                                    CHRISTINA SANCHEZ

SO STIPULATED:

Dated: January 12, 2007                          OFFICE OF THE CITY ATTORNEY


                                                 By _____
                                                    MICHAEL J. DODSON
                                                    Attorneys for Defendants
                                                    CITY OF SAN JOSE et al.

ORDER

Pursuant to the above joint stipulation entered into by plaintiff and defendants, the Court hereby Orders that the case management conference in this matter will be rescheduled to January 29, 2007 at 9:00 a.m.

DATED:_____                               _____
                                                 HONORABLE JAMES WARE
                                                 United States District Court Judge

2

345502.01  Joint Stip. To Continue CMC                Sanchez v. City of San Jose et al
                                                      No. C06-06331 JW

| | |
|---|---|
| 1 | The parties to the above-entitled action submit this joint stipulation to continue the case |
| 2 | management conference in this matter, which is presently scheduled for January 22, 2007, |
| 3 | because plaintiff's lead trial counsel in this matter has a summary judgment hearing in another |
| 4 | case scheduled for 1:30 p.m. on January 22, 2007, in the United States District Court for the |
| 5 | Eastern Division of California. Given the timing and location of the summary judgment hearing, |
| 6 | plaintiff's counsel cannot attend both it and the case management conference. In light of the |
| 7 | conflict, defendants have agreed to continue the case management conference in this matter. |
| 8 | Plaintiff and defendants propose continuing the case management conference in the referenced |
| 9 | matter to January 29, 2007 at 9:00 a.m. |

SO STIPULATED:

Dated: January 12, 2007                          GONZALEZ & LEIGH, LLP

By _____
BRYAN W. VERESCHAGIN
Attorneys for Plaintiff
CHRISTINA SANCHEZ

SO STIPULATED:

Dated: January 12, 2007                          OFFICE OF THE CITY ATTORNEY

By _____
MICHAEL J. DODSON
Attorneys for Defendants
CITY OF SAN JOSE et al.

ORDER

Pursuant to the above joint stipulation entered into by plaintiff and defendants, the Court hereby Orders that the case management conference in this matter will be rescheduled to January 29, 2007 at 9:00 a.m.

DATED: Jan 16 2007

_____
HONORABLE JAMES WARE
United States District Court Judge

345502.01  Joint Stip. To Continue CMC                    *Sanchez v. City of San Jose et al*
                                                          No. C06-06331 JW