1  GONZALEZ & LEIGH, LLP
   MATT GONZALEZ - #153486
2  G. WHITNEY LEIGH - #153457
   BRYAN VERESCHAGIN - #188608
3  JUAN ENRIQUE PEARCE - #236228
   Two Shaw Alley, 3rd Floor
4  San Francisco, CA  94105
   Telephone:    (415) 512-2000
5  Facsimile:    (415) 512-2001

6  Attorneys for Plaintiff
   CHRISTINA SANCHEZ
7

   RICHARD DOYLE, Chief Attorney (#88625)
8  NORA FRIMANN, Chief Trial Attorney (#93249)
   MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
9  Office of the City Attorney
   200 East Santa Clara Street
10 San Jose, California 95113-1905
   Telephone: (408) 535-1900
11 Facsimile: (408) 998-3131
12
   Attorneys for Defendants: CITY OF SAN JOSE
13 AND ROBERT DAVIS

14
                        UNITED STATES DISTRICT COURT
15
                       NORTHERN DISTRICT OF CALIFORNIA
16
                              SAN JOSE DIVISION
17

18 | CHRISTINA SANCHEZ, an individual, | Case No.  C06-06331 JW
19 |                                    |
   |              Plaintiff,            | JOINT STIPULATION AND
20 |                                    | [PROPOSED] ORDER REGARDING
   |         v.                         | DISCLOSURE OF EXPERT WITNESSES
21 |                                    | PURSUANT TO FED. R. CIV. P. 26
   | CITY OF SAN JOSE; ROBERT DAVIS in his |
22 | capacity as CHIEF OF POLICE OF THE SAN |
   | JOSE POLICE DEPARTMENT; and DOES 1 |
23 | THROUGH 75, individually and in their | Judge:     Honorable James Ware
   | official capacities as employees of the CITY | Courtroom: 8, 4th Floor
24 | OF SAN JOSE; and DOES 76-100       |
   | individually, inclusive,           |
25 |                                    |
   |              Defendants.           |
26

27
28

                                        1

IT IS HEREBY STIPULATED between plaintiff Christina Sanchez, by and though her attorney of record, Bryan W. Vereschagin of the law firm Gonzalez & Leigh, LLP, and defendants City of San Jose, and Robert Davis as Chief of the San Jose Police Department, by and through their counsel of record, Michael J. Dodson that that the last day for all parties to serve expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(C) shall be June 18, 2007, and any disclosure of rebuttal experts will be completed by July 2, 2007.

This joint stipulation is entered into pursuant to Fed. R. Civ. P. 26(a)(2)(C), and made in good faith, as the parties have yet to be able to identify the individual San Jose Police Department police officers involved in the incident at issue in this litigation. Until these officers are identified, added as parties, and discovery is complete as between plaintiff and the individual involved officers, meaningful expert disclosures cannot take place.

IT IS SO STIPULATED:

Dated: April 12, 2007

GONZALEZ & LEIGH, LLP

By _____
BRYAN W. VERESCHAGIN
Attorneys for Plaintiff
CHRISTINA SANCHEZ

Dated: April 12, 2007

OFFICE OF THE SAN JOSE CITY ATTORNEY

By _____
MICHAEL J. DODSON
Attorneys for Defendants
CITY OF SAN JOSE and CHIEF OF POLICE ROBERT DAVIS

ORDER

Pursuant to the above joint stipulation entered into by plaintiff and defendants, the Court hereby Orders the last day for all parties to serve expert disclosures pursuant to Fed. R. Civ. P.

1
2  26(a)(2)(C) shall be June 18, 2007, and any disclosure of rebuttal experts will be completed by
3  July 2, 2007.
4
5  DATED:  4/18/2007                    _____
6                                        HONORABLE JAMES WARE
                                         United States District Court Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Joint Stipulation Re Expert Disclosures                        *Sanchez v. City of San Jose et al*
                                                                No. C06-06331 JW

345502.01