1  GONZALEZ & LEIGH, LLP
   MATT GONZALEZ - 153486
2  G. WHITNEY LEIGH - #153457
   BRYAN VERESCHAGIN - #188608
3  Two Shaw Alley, 3rd Floor
   San Francisco, CA  94105
4  Telephone:    (415) 512-2000
   Facsimile:    (415) 512-2001
5
   Attorneys for Plaintiff
6  CHRISTINA SANCHEZ

7

8  RICHARD DOYLE, City Attorney (#88625)
   MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
9  Office of the City Attorney
   200 East Santa Clara Street
10 San Jose, California 95113-1905
   Telephone No.: (408) 535-1900
11 Facsimile No.:  (408) 998-3131

12 Attorneys for Defendants:
   City of San Jose and Robert Davis
13

14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                   SAN JOSE DIVISION

18

| | |
|---|---|
| CHRISTINA SANCHEZ, an individual, | Case No. C06-06331 JW |
| Plaintiff, | |
| v. | JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER |
| CITY OF SAN JOSE; ROBERT DAVIS in his capacity as CHIEF OF POLICE OF THE SAN JOSE POLICE DEPARTMENT; and DOES 1 THROUGH 75, individually and in their official capacities as employees of the CITY OF SAN JOSE; and DOES 76-100 individually, inclusive, | |
| Defendants. | |

1

JOINT STIP TO MODIFY SCHEDULING ORDER                    *Sanchez v. City of San Jose et al*
                                                          No. C06-06331 JW

345502.01

1   Plaintiff by and through her counsel of record, Bryan Vereschagin of Gonzalez & Leigh LLP, and defendants by and through their counsel of record, Michael J. Dodson of the San Jose City Attorneys' Office have met and conferred and agreed that all parties need to modify the Court's Scheduling Order.

Good cause exists for the parties' joint stipulation to modify the Court's Scheduling Order. It is necessary because of: (1) unforeseen difficulties in identifying the City of San Jose Police Officers involved in the incident with Christina Sanchez (the incident was captured by KPIX 5 camera crews, but the video footage is grainy, and the City of San Jose has not been able to identify the 2 officers involved in the incidents giving rise to plaintiff's claims); and (2) difficulties in scheduling the depositions of many third-party witnesses to the incident due to the fact that they are other unidentified San Jose police officers or college students with conflicting class schedules and, in some instances, changed addresses.

Plaintiff, a San Jose State University student, filed this lawsuit on October 10, 2006. The lawsuit asserts claims against DOE defendant officers of the San Jose Police Department, the City of San Jose and Police Chief Robert Davis for constitutional violations under 42 U.S.C. section 1983 in addition to claims for assault and battery. The incident giving rise to plaintiff's claim occurred during the year 2006 Mardis Gras celebration in downtown San Jose. At some point around midnight, an incident occurred between plaintiff and certain unidentified San Jose police officers wherein plaintiff was shoved into the concrete wall outside of City Hall in San Jose and struck with a baton in her rib cage. Plaintiff suffered a fractured rib. The incident was captured on video by KPIX, but the footage is not clear, and approximately 8 officers are shown on the video, but only two were involved in the force deployed against plaintiff. Presently, the identity of the officers who deployed force against plaintiff has not been able to be determined by the City of San Jose. Plaintiff cannot maintain her non-<u>Monell</u> 42 U.S.C. section 1983 claims unless the officers who deployed force against her are identified by the City of San Jose, as there is no respondeat superior liability under 42 U.S.C. section 1983. Plaintiff will need to add the officers involved in her incident as defendants once identified.

//

Given the problems in identifying the officers involved in the incident with plaintiff, and significance to plaintiff's claims in identifying said officers, all parties have stipulated and agreed that the Court's Scheduling Order should be modified as follows:

| | | |
|---|---|---|
| 1. | Close of All Non- Expert Discovery: | November 30, 2007 |
| 2. | Expert Disclosures: | November 30, 2007 |
| 3. | Close of Expert Discovery: | January 19, 2008 |
| 4. | Last Day for hearing dispositive motions: | February 25, 2008 |
| 5. | Preliminary Pretrial Conference Statements: | April 11, 2008 |
| 6. | Preliminary Pretrial Conference: | April 21, 2008 |
| 7. | Last day to add parties: | Dependent upon when identified. |
| 8. | Trial: | To be set at Preliminary Pretrial Conference |

Dated: June 12, 2007                      GONZALEZ & LEIGH, LLP


By: /s/ Bryan Vereschagin
    BRYAN VERESCHAGIN
    Attorneys for Plaintiff
    CHRISTINA SANCHEZ


Dated: June 12, 2007                      CITY OF SAN JOSE


By: /s/ Michael J. Dodson
    MICHAEL J. DODSON
    Attorneys for Defendants
    CITY OF SAN JOSE AND
    ROBERT DAVIS


PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED:

Dated: June 14 2007

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE