*E-filed 4/8/08*

1 | RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
2 | MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
NKIA D. RICHARDSON, Deputy City Attorney (#193209)
3 | Office of the City Attorney
200 East Santa Clara Street
4 | San José, California 95113-1905
Telephone Number: (408) 535-1900
5 | Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov
6
Attorneys for Defendants, CITY OF SAN JOSE,
7 | ROBERT DAVIS and SAN JOSE POLICE
DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA SANCHEZ, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>Defendant(s). | Case Number: C06 06331 JW (HRL)<br><br>~~[PROPOSED]~~ ORDER SEALING DOCUMENTS |

The Court, having considered Defendants' Administrative Motion to File under Seal and good cause existing therefore;

**IT IS HEREBY ORDERED** that the documents submitted and lodged with the clerk by Defendants are closed to inspection by the public.

Dated: 4/8/08

Honorable Howard R. Lloyd
United States Magistrate Judge

- 1 -

ORDER SEALING DOCUMENTS

CASE NO. C06-06331 JW (HRL)
455082