IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Christina Sanchez, | No. C 06-06331 JW |
| Plaintiff, | **VACATE PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| City of San Jose, et al., | |
| Defendants. | |

This case is currently scheduled for a Preliminary Pretrial Conference on January 12, 2009. The parties have failed to file a Joint Preliminary Pretrial Statement pursuant to the Civil Local Rules of the Court. Accordingly, the Court VACATES the Preliminary Pretrial Conference. The Court will set a new conference date in its Order addressing Defendants' Motion for Summary Judgment.

Dated: January 6, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian C. Hopper cao.main@sanjoseca.gov
Bryan W Vereschagin bvereschagin@gonzalezleigh.com
G. Whitney Leigh wleigh@gonzalezleigh.com
Juan Enrique Pearce epearce@gonzalezleigh.com
Matt Gonzalez mgonzalez@gonzalezleigh.com
Michael J. Dodson cao.main@sanjoseca.gov

**Dated: January 6, 2009**                    **Richard W. Wieking, Clerk**

                                                                **By:  /s/ JW Chambers              **
                                                                      **Elizabeth Garcia**
                                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California