**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Christina Sanchez, _____/ <br><br> Barbara Powell, _____/ <br><br> Sherretta Henderson, _____/ <br><br> Natasha Burton, <br>      Plaintiffs, <br>  v. <br> City of San Jose, et al., <br>      Defendants. _____/ | NO. C 06-06331 JW <br> NO. C 08-01213 JW <br> NO. C 08-01214 JW <br> NO. C 08-01215 JW <br><br> **ORDER CONSOLIDATING TRIALS; SETTING NEW TRIAL DATES** |

On November 24, 2009, the Court conducted a settlement conference in the above entitled cases. Although the case did not settle, Plaintiffs agreed to consolidate the cases for the purposes of trial. Counsel for Defendants requested additional time to confer with their clients. On December 1, 2009, Defendants filed a Case Management Conference Statement. (Docket Item No. 102.) In their Statement, Defendants request that the Sanchez case be tried separately and that the three remaining cases be consolidated for trial on a different date. (Id. at 5-6.) Upon consideration of Defendants' grounds for separate trials, the Court finds that a consolidated trial for all four cases is appropriate

because the evidence will be the same and there is no prejudice to Defendants. Accordingly, the Court ORDERS a consolidated trial for all four cases and MODIFIES the trial schedule as follows:

### TRIAL SCHEDULE

| | |
|---|---|
| **Final Pretrial Conference (¶4 )** | **December 21, 2009 at 11 a.m.** |
| **Consolidated Joint Pretrial Conference Statement and any additional *in Limine* Motions, and Proposed Jury Instructions Due** | **December 11, 2009** |
| **Jury Selection** | **January 5, 2010 at 9 a.m.** |
| **Jury Trial Date and Sessions**<br>**Session 1**<br>**Sessions 2-7**<br>**Sessions 8-9** | **January 5, 2010 at 1 p.m.**<br>**January 6-8, 2010, 9 a.m. - 12 p.m., 1 p.m. - 4 p.m.**<br>**January 12, 2010, 9 a.m. - 12 p.m., 1 p.m. - 4 p.m.** |
| **Argue & Submit** | **January 13, 2010 at 9 a.m.** |
| **Jury Deliberations** | **January 13-15, 2010** |

Except for the revised trial schedule in this Order, the Court's previous Preliminary Pretrial Orders in the respective cases remain in effect. In light of this Order, the Court VACATES the December 7, 2009 Conference.

Dated: December 2, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gilbert Whitney Leigh wleigh@gonzalezleigh.com
Matt Gonzalez mgonzalez@gonzalezleigh.com
Matthew Lowe Springman mspringman@gonzalezleigh.com
Michael J. Dodson cao.main@sanjoseca.gov
Nkia Desiree Richardson cao.main@sanjoseca.gov

**Dated: December 2, 2009**                           **Richard W. Wieking, Clerk**

                                                           **By:    /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California