GONZALEZ & LEIGH, LLP
MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
GONZALEZ & LEIGH, LLP
744 Montgomery Street, Ste. 500
San Francisco, CA  94111
Telephone Number: (415) 912-5950
Facsimile Number:  (415) 912-5951
E-Mail Address:  mgonzalez@gonzalezleigh.com

Attorneys for Plaintiffs

RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant City Attorney (#93249)
MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
NKIA D. RICHARDSON, Deputy City Attorney (#193209)
Office of the City Attorney
200 East Santa Clara Street
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CHRISTINA SANCHEZ, BARBARA POWELL, NATASHA BURTON, Plaintiffs, v. CITY OF SAN JOSE et al., Defendants. | No.   C06-06331 JW<br>No.   C08-01213 JW<br>No.   C08-01215 JW<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
|---|---|

Pursuant to the provisions of Federal Rules of Civil Procedure 41(a)(1), Plaintiffs Christina Sanchez, Barbara Powell and Natasha Burton (collectively, "Plaintiffs") and Defendants City of San Jose, Kevin Abruzzini, Christian Camarillo, Shawn Nunes, Shawn Rocha, Eric Kurz, Christopher Hardin, Christopher Cruzado, Rafael Varela and Anthony

1  Serrano (collectively, "Defendants") hereby stipulate that these actions be dismissed in
2  their entirety, with prejudice.
3      Plaintiffs and Defendants further stipulate and agree that each party shall bear their
4  own attorneys fees and costs in connection with this action.

Respectfully submitted,

Dated: January 21, 2011         By:   /s/ Matt Gonzalez
                                      MATT GONZALEZ, Esq.
                                      GONZALEZ & LEIGH

                                Attorney for Plaintiff,
                                SHERETTA HENDERSON

Dated: January 21, 2011         RICHARD DOYLE, City Attorney

                                By:   /s/ Michael Dodson
                                      MICHAEL J. DODSON
                                      Sr. Deputy City Attorney

                                Attorney for Defendants, CHRISTIAN
                                CAMARILLO and RAFAEL VARELA

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiffs, Matt Gonzalez.

Dated:  January 21, 2011              /s/ Michael J. Dodson
                                      MICHAEL J. DODSON
                                      Sr. Deputy City Attorney

/ / / / /
/ / / / /
/ / / / /
/ / / / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

    Pursuant to the Stipulation of Dismissal by and between the parties to these actions, through their designated counsel, the above-captioned actions are hereby DISMISSED with prejudice pursuant to F.R.C.P. 41(a)(1), and it is further ordered that each party shall bear their own attorneys fees and costs in connection with these actions. The Clerk shall close these files.

Dated:  January 21, 2011

_____
HONORABLE JAMES WARE
United Stated District Court Chief Judge

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

CASE NOS.:  C06-06331 JW, C08-01213 JW, & C08-01215 JW

722312