1  GONZALEZ & LEIGH LLP
   MATT GONZALEZ (SBN 153486)
2  G. WHITNEY LEIGH (SBN 153486)
   MATTHEW R. SCHULTZ (SBN 220641)
3  744 Montgomery Street, Fifth Floor
   San Francisco, California  94111
4  Telephone:     415-912-5950
5  Facsimile:     415-912-5951

6  Attorneys for Plaintiffs

IT IS SO ORDERED

*James Ware*

Judge James Ware

9                                                                    3/28/2011

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN JOSE DIVISION

12  CHRISTINA SANCHEZ,
13  SHERETTA HENDERSON,
    NATASHA BURTON
14  BARBARA POWELL                         Case No. 5:06-cv-06331-JW
                                           Related Cases: 5:08-cv-01213-JW
                    Plaintiffs,                         5:08-cv-01214-JW
15                                                      5:08-cv-01215-JW
          v.                               **NOTICE OF WITHDRAWAL OF**
16                                         **COUNSEL**
    CITY OF SAN JOSE, *et al.*,
17
                    Defendants.
18

19

1      PLEASE TAKE NOTICE that effective November 1, 2010, Matthew Schultz of

2   Gonzalez & Leigh LLP at 744 Montgomery, fifth floor, San Francisco, California, 94111, will

3   no longer be associated with Gonzalez & Leigh LLP and hereby withdraws as counsel of record

4   for plaintiffs.  Mr. Schultz therefore requests that he be removed from the case docket and the

5   Notice of Electronic Filing System as indicated on the docket.  G. Whitney Leigh, Matt Gonzalez

6   and Matthew Springman will continue as counsel of record for plaintiffs.  All pleadings, orders

7   and other papers should continue to be served on Gonzalez & Leigh LLP.

8

9   Dated:  February 21, 2011                                GONZALEZ & LEIGH LLP

10

11

12                                                           By: _____/s/_____

                                                                 Matthew R. Schultz
13                                                               Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27